

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-17-2014

# USA v. Brent Jenkins

Precedential or Non-Precedential: Non-Precedential

Docket No. 14-1172

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Brent Jenkins" (2014). *2014 Decisions.* Paper 732.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/732

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1172
_____

UNITED STATES OF AMERICA

v.

BRENT JENKINS,
                            Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Crim. No. 4-10-cr-00319-008)
_____

Present: RENDELL, FISHER and GREENAWAY, JR., <u>Circuit</u> <u>Judges</u>

_____ORDER_____


        It has come to the Court's attention that the opinion filed on June 30, 2014 at times identified appellant incorrectly.  Accordingly, the opinion is hereby vacated and an amended opinion shall be issued.  The filing of the judgment in this case is not impacted by the amendment of the opinion and shall not be altered.


                                        By the Court,


                                        s/Joseph A. Greenaway, Jr.
                                        Circuit Judge


Dated:        July 17, 2014
tyw/cc:       Brent Jenkins
              George J. Rocktashel, Esq.